UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:23-cv-01118-CEH-JSS

CURTIS ROBERTSON, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

INDEPENDENT HOME PRODUCTS LLC;
and DIGITAL MEDIA SOLUTIONS, LLC,

      Defendants.

_____/

## NOTICE OF APPEARANCE

Howard J. Harrington, Esq., of the law firm of Akerman LLP hereby enters his appearance as additional counsel for Defendant, Digital Media Solutions, LLC and requests that all notices and papers given or required to be given in this case be served upon the undersigned at the below-listed address and email addresses.

Dated:  October 23, 2023      AKERMAN LLP

      By: */s/ Howard J. Harrington*
      Howard Jay Harrington, Esq.
      Florida Bar Number: 118719
      Email: jay.harrington@akerman.com
      Secondary email: kim.crenier@akerman.com
      Secondary email: jennifer.meehan@akerman.com
      50 North Laura Street, Suite 3100
      Jacksonville, Florida 32202
      Telephone: (904) 798-3700
      Facsimile: (904) 798-3730
      *Attorneys for Defendant Digital Media Solutions, LLC*

73330397;1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 23, 2023, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will send an electronic notice to all counsel of record.

*/s/  Howard J. Harrington*      
Attorney

73330397;1